11089574
71.45
3/24/10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-18-10

CASE: Norman L. Chmielewski
Johane E. Chmielewski

DOCKET #: 05-16534

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other  Ck issued not cashed - 90 dy -

$71.45  M+T Bank, POB 767 Bffl, N.Y. 14440



FILED
MAR 24 2010
BANKRUPTCY COURT
BUFFALO, N.Y.